IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
(Northern Division)

TIRAY ONLEY #412-568 :
:
: **Plaintiff**
v. :
: **CASE NO.: GJH 15-595**
WEXFORD HEALTH SOURCES, INC. :
et al. :
:
**Defendants** :

## DEFENDANT WEXFORD HEALTH SOURCES, INC.'S MOTION TO DISMISS

Defendant Wexford Health Sources, Inc., by its counsel, Joseph B. Chazen, Gina M. Smith, Christopher M. Balaban and Meyers, Rodbell & Rosenbaum, P.A., hereby submits this Motion to Dismiss and in support thereof states as follows:

1. On March 2, 2015, Plaintiff, *pro se*, filed the Complaint in the above-referenced matter for deliberate indifference to his medical needs under 42 U.S.C. § 1983 against Wexford. ECF No. 1.

2. Plaintiff alleges that he received improper follow-up medical care for a shoulder injury. Id. Plaintiff further alleges that he was improperly returned to work duty by prison correctional officers causing further injury to his shoulder. Id.

3. On March 9, 2015, the Court Ordered Plaintiff to Amend his Complaint to add as Defendants the specific individuals that allegedly violated Plaintiff's Constitutional rights. ECF No. 3.

4. On March 17, 2015, Plaintiff, pursuant to the Court's Order of March 9, 2015, sent a correspondence to the Court naming as Defendants "Nurse Katrina", "Nurse Manager Jen", "Officer Ning", "Officer Duvall", "Major Sample", and "Captain Green". ECF No. 5. Plaintiff, in his correspondence, did not add to or supplement his

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800

{111178.DOC}

allegations against Wexford.  Id.

5. Plaintiff's Complaint fails to allege sufficient facts that would entitle him to relief.  Therefore, Plaintiff's Complaint should be dismissed.

6. The attached Memorandum of Law is hereby incorporated by reference in support of Defendant's Motion to Dismiss.

WHEREFORE, Defendant Wexford Health Sources, Inc. moves for the entry of an order dismissing Plaintiff's Complaint.

Respectfully Submitted,

**MEYERS, RODBELL & ROSENBAUM, P.A.**

By: _____
Joseph B. Chazen
jchazen@mrrlaw.net

By: _____
Gina M. Smith
gsmith@mrrlaw.net

By: _____
Christopher M. Balaban
cbalaban@mrrlaw.net
6801 Kenilworth Ave., Suite 400
Riverdale, Maryland 20737
(301) 699-5800

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800

{111178.DOC}

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this ___19___ day of ___June___, 2015, a copy of the foregoing Motion to Dismiss and accompanying Memorandum of Law were mailed, postage prepaid or electronically sent, to:

Tiray Onley #412-568
Maryland Correctional Institution
18800 Roxbury Road
Hagerstown, Maryland 21746

Thomas E. Dernoga
Office of the Attorney General
200 St Paul Place
Baltimore, MD 21202

Christopher M. Balaban

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800

3

{111178.DOC}